**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD,** | **Before: Hon. Jennifer Choe-Groves, Judge** |
| Plaintiff, | |
| v. | **Court No. 20-03930** |
| **UNITED STATES,** | |
| Defendant, | |
| and | |
| **RICHMOND INTERNATIONAL FOREST PRODUCTS LLC,** *et al.*, | |
| Defendant-Intervenors. | |

| | |
|---|---|
| **RICHMOND INTERNATIONAL FOREST PRODUCTS, LLC,** *et al.*, | |
| Plaintiffs, | |
| and | |
| **LINYI CHENGEN IMPORT AND EXPORT CO., LTD.,** *et al.*, | |
| Plaintiff-Intervenors, | **Before: Hon. Jennifer Choe-Groves, Judge** |
| v. | **Court No. 20-03945** |
| **UNITED STATES,** | |
| Defendant, | |
| and | |
| **COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD,** | |
| Defendant-Intervenor. | |

**XUZHOU JIANGHENG WOOD
PRODUCTS CO., LTD,** *et al.,*

                    **Plaintiffs,**

       **and**

**LINYI CHENGEN IMPORT AND EXPORT
CO., LTD.,** *et al.,*

                    **Plaintiff-
                    Intervenors,**

       **v.**

**UNITED STATES,**

                    **Defendant,**

       **and**

**COALITION FOR FAIR TRADE IN
HARDWOOD PLYWOOD,**

                    **Defendant-
                    Intervenor.**

**Before: Hon. Jennifer Choe-Groves,
             Judge**

**Court No. 20-03946**

## CONSENT MOTION TO CONSOLIDATE CASES

Pursuant to Rule 42 of the Rules of the United States Court of International Trade, the
Coalition for Fair Trade in Hardwood Plywood ("Coalition"), by and through its attorneys,
respectfully requests that the Court consolidate *Coalition for Fair Trade in Hardwood Plywood v.
United States*, Court No. 20-03930, with *Richmond International Forest Products, LLC v. United
States*, Court No. 20-03945, and *Xuzhou Jiangheng Wood Products Co., Ltd. v. United States*,
Court No. 20-03946, and designate *Coalition for Fair Trade in Hardwood Plywood v. United
States*, Court No. 20-03930, as the lead case in the matter.

Pursuant to Rule 42(a) of the Rules of this Court, "{i}f actions before the court involve a
common question of law or fact, the court may . . . consolidate the actions."  The three cases

identified above all challenge the same final determination in the U.S. Department of Commerce's antidumping duty administrative review of *Certain Hardwood Plywood Products from the People's Republic of China* for the period of June 23, 2017 through December 31, 2018. *Certain Hardwood Plywood Products from the People's Republic of China*, 85 Fed. Reg. 77,157 (Dep't Commerce Dec. 1, 2020) (final results of antidumping duty admin. rev.; 2017-2018). There is also overlap in the parties participating in these cases and in some of the issues that have been raised. As such, consolidation of these three cases will conserve the resources of the parties and of the Court and will reduce the need for duplicative filings. In addition, potential remands in separate cases may lead to inconsistent results.

The Coalition has consulted with the parties to each of these cases, and all parties consent to this motion. Counsel for Defendant United States, Sonia M. Orfield, Esq. of the U.S. Department of Justice, consented to this motion by email on March 1, 2021. Counsel for Richmond International Forest Products LLC, Taraca Pacific Inc., and Concannon Corporation, Jill A. Cramer, Esq. of Mowry & Grimson, PLLC, consented to this motion by email on March 1, 2021. Counsel for Linyi Chengen Import and Export Co., Ltd., Xuzhou Jiangheng Wood Products Co., Ltd., and Xuzhou Jiangyang Wood Industries Co., Ltd., Alexandra H. Salzman, Esq., of deKieffer & Horgan, PLLC, consented to this motion by email on March 1, 2021.

For these reasons, the Coalition respectfully requests that the Court consolidate *Coalition for Fair Trade in Hardwood Plywood v. United States*, Court No. 20-03930, with *Richmond International Forest Products, LLC v. United States*, Court No. 20-03945, and *Xuzhou Jiangheng*

*Wood Products Co., Ltd. v. United States*, Court No. 20-03946, and designate *Coalition for Fair Trade in Hardwood Plywood v. United States*, Court No. 20-03930, as the lead case in the matter.

Respectfully submitted,

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.
Stephanie M. Bell, Esq.
Tessa V. Capeloto, Esq.

**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
(202) 719-7000

*Counsel to the Coalition for Fair Trade in Hardwood Plywood*

Dated:  March 2, 2021